**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAMANTHA SCHREIBER,**

        **Plaintiff,**

-vs-                                                                 Case No. 6:09-cv-1992-Orl-28DAB

**METRO WEST,**

        **Defendant.**
_____

## ORDER

This cause is before the court on a *sua sponte* review of the file. This case was dismissed without prejudice on June 30, 2010 (Doc. 23), upon notice by the mediator that the case had settled (Doc. 22). There being no further activity, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __25th__ day of October, 2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge